IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLIE L. HARDIN,            )
                              )
            Plaintiff,        )
                              )
    v.                        )         1:20CV262
                              )
SCOTLAND CORRECTIONAL         )
INSTITUTION,                  )
                              )
            Defendant(s).     )

## ORDER

On April 20, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Plaintiff timely filed objections, (Doc. 4). If Plaintiff seeks to file a motion or request relief in his other ongoing civil case, 1:19CV674, he should file an appropriate motion in that case.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge=s Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Plaintiff filing an appropriate motion in his pending civil case, 1:19CV674, or filing a new

complaint, on the proper § 1983 forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of January, 2021.

/s/ William L. Osteen, Jr.
United States District Judge